

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION # O - 4724      WAS NEVER ISSUED OR

WAS WITHDRAWN.